

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-22-2006

# Caushi v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 04-4506

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Caushi v. Atty Gen USA" (2006). *2006 Decisions.* Paper 1341.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1341

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos.  04-4506 & 05-3151

———————

ROBERT CAUSHI,

Petitioner

v.

ATTORNEY GENERAL OF
THE UNITED STATES,

Respondent

———————

On Appeal from an Order entered by
The Board of Immigration Appeals
No. A78-821-176

———————

Submitted Under Third Circuit LAR 34.1(a)
November 15, 2005

Before: BARRY and AMBRO, <u>Circuit Judges</u>
POLLAK,<sup>*</sup> <u>District Judge</u>

(filed January 23, 2006)

**<u>ORDER  AMENDING  PUBLISHED  OPINION</u>**

———————

<sup>*</sup> Honorable Louis H. Pollak, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed January 23, 2006, be amended as follows:

On page 8, thirteenth line from the top, change "The IJ therefore concluded" to "The IJ concluded".

On page 28, footnote 7, end of the third line from the bottom, change "If, upon remand, the BIA" to "If, upon remand, the immigration court".

On page 31, first line of the last paragraph, change "Petitioner also contends" to "Caushi also contends".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: March 22, 2006

2